# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**ABC IP, LLC, et al.,**                                    **CASE NO:  1:26–CV–04425–SAB**

                    **vs.**                                    **SUMMONS IN A CIVIL CASE**

**Dirty Bird Industries, LLC, et al.,**

TO:  *(Defendant's Name and Address)*

**Dirty Bird Industries, LLC, Dustin Pitcher, Jay Pitcher, Lori Pitcher**

**YOU ARE HEREBY SUMMONED**.

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

> **John W. Thornburgh**
> **Fish & Richardson P.C**
> **12860 El Camino Real, Suite 400**
> **San Diego, CA 92130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.



**KEITH HOLLAND**
_____
CLERK

**/s/  E. Diaz**
_____
(By) DEPUTY CLERK

**ISSUED ON 2026–06–09 14:01:22**
**CLERK, USDC EDCA**

## RETURN OF SERVICE

### Case No:  1:26–CV–04425–SAB

| | |
|---|---|
| NAME OF DEFENDANT SERVED | DATE OF SERVICE |
| NAME OF SERVER *(PRINT)* | TITLE |

**I served the Summons, Complaint, Mandatory Scheduling Order, Notice of Assignment to a United States Magistrate Judge and Declination of Consent form, and VDRP form.**

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on     _____          _____
                          Date                                             *Signature of Server*


                                                  _____


                                                  _____
                                                  *Address of Server*